# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| CHRISTOPHER LACCINOLE<br><br>PLAINTIFF(S)<br><br>v.<br><br>SILVERLAKE FINANCIAL, LLC<br><br>DEFENDANT(S). | 8:26–cv–00153–DOC–ADS<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 1/21/2026 | 4 | Request for Clerk to Issue Summons on Complaint |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

Please remove the et al

Clerk, U.S. District Court

Dated: January 26, 2026         By: /s/ *Geneva Hunt  Geneva_Hunt@cacd.uscourts.gov*
                                Deputy Clerk