UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

### CIVIL MINUTES – GENERAL

| Case No. | 8:26-cv-00153-FWS-DFM | Date | March 27, 2026 |
|---|---|---|---|
| Title | Christopher Laccinole v. Silverlake Financial, LLC | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | Not Reported |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present     None Present

**PROCEEDINGS:     (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT**

The court, having been advised by a Notice of Settlement [22] that this action settled, hereby orders this action dismissed without prejudice.  The court hereby orders all proceedings in the case vacated and taken off calendar.

The court retains jurisdiction for **60 days** to vacate this order and to reopen the action upon a showing of good cause that the settlement has not been completed.  This order shall not prejudice any party in this action.

Any pending Order to Show Cause is hereby discharged.

|  | - : - |
|---|---|
| Initials of Deputy Clerk | rrp |

CC: